On the facts presented, it is the determination of the court that:

(1) Section 24.72 of the Customs Regulations requires an appropriate set off to be made;

(2) When set off is to be made, the governing regulation must be determined on a case-by-case basis;

(3) The set off in this case should have been made when it reasonably could have been made; and

(4) The set off is deemed to have occurred on or before March 11, 1981, the date this action was commenced.

In view of the foregoing, the jurisdictional requirement of 28 U.S.C. § 2637(a) has been fulfilled.

Defendant's motion to sever and dismiss is therefore denied.

ZENITH RADIO CORPORATION, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 80-5-00861

ORDER

(Dated November 15, 1982)

MALETZ, *Judge:* On October 26, 1982 the United States Court of Appeals for the Federal Circuit (formerly the United States Court of Customs and Patent Appeals) issued a mandate in *Montgomery Ward & Co.* and *United States* v. *Zenith Radio Corp.* (Appeal No. 81-24), reversing an order of this court in 1 CIT 289 (1981), and remanding that action with directions to dismiss the above-captioned case of *Zenith Radio Corp.* v. *United States* for lack of jurisdiction.

Now in conformity with that mandate, it is hereby ordered:

1. That the above-captioned case of *Zenith Radio Corp.* v. *United States* is dismissed for lack of jurisdiction; and

2. That the preliminary injunction issued in that case on December 9, 1980 is hereby dissolved.